## BLAND v. STATE.
### No. 24297.

Court of Criminal Appeals of Texas.
March 9, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the District Court of Bowie County for murder with malice and the punishment assessed at two years in the penitentiary.

The record contains neither bills of exception nor a statement of facts. The proceedings appear regular in every respect. Nothing is presented for review. The judgment of the trial court is affirmed.